%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ASMARA, INC.

V.

AGA JOHN ORIENTAL RUGS
and
JERRY ILLOULIAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV12111 REK

TO: (Name and address of Defendant)

Aga John Oriental Rugs
Pacific Design Center
Suite #B130
8687 Melrose Avenue
Los Angeles, CA  90069

The Agent for Service:
Iraj Illoulian
Aga John Oriental Rugs
Pacific Design Center
Suite #B130
8687 Melrose Avenue
Los Angeles, CA  90069

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esquire
Amy C. Mainelli, Esquire
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is served on you with this summons, ___ of this summons on you, exclusive of the day of service. If you fail to d___ for the relief demanded in the complaint. Any answer that you serve ___ Clerk of this Court within a reasonable period of time after service.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Iraj Illoulian-Aga John Oriental Rugs

Postage | $
Certified Fee |
Return Reciept Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 5.59

Postmark Here

Sent To Pacific Design Center
Street, Apt. No.; or PO Box No. Suite #B130 - 8687 Melrose Ave
City, State, ZIP+4 Los Angeles, CA  90069

PS Form 3800, June 2002    See Reverse for Instructions

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

OCT 0 5 2004
DATE

