AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ASMARA, INC.

V.

AGA JOHN ORIENTAL RUGS
and
JERRY ILLOULIAN

**SUMMONS IN A CIVIL ACTION**

04 CV 1 2 1 1 1 REK

CASE NUMBER:

TO: (Name and address of Defendant)

Jerry Illoulian
Aga John Oriental Rugs
Pacific Design Center
Suite #B130
8687 Melrose Avenue
Los Angeles, CA  90069

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esquire
Amy C. Mainelli, Esquire
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is served on you with this summons,
of this summons on you, exclusive of the day of service. If you fail to d
for the relief demanded in the complaint. Any answer that you serve
Clerk of this Court within a reasonable period of time after service.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Jerry Illoulian-Aga John Oriental Rugs

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $ 5.50

Sent To
Pacific Design Center
Street, Apt. No.;
or PO Box No. Suite #B130 8687 Melrose Ave
City, State, ZIP+4
Los Angeles, CA  90069

PS Form 3800, January 2001    See Reverse for Instructions

TONY ANASTAS                    OCT 0 5 2004
CLERK                            DATE

(By) DEPUTY CLERK

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0003 0306 9116

Jerry Illoulian-Aga John Oriental Rugs

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Pacific Design Center
Street, Apt. No., or PO Box
Suite #B130 8687 Melrose Ave
City, State, ZIP+4
Los Angeles, CA 90069

PS Form 3800, January 2001                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jerry Illoulian
Aga John Oriental Rugs
Pacific Design Center
Suite #B130
8687 Melrose Ave
Los Angeles, CA  90069

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number *(Copy from service label)*
7001 0320 0003 0306 9116

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789