UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC.,<br>    Plaintiff,<br><br>    v.<br><br>AGA JOHN ORIENTAL RUGS<br>    and<br>JERRY ILLOULIAN,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04cv12111 REK

## AFFIDAVIT OF AMY C. MAINELLI

I, Amy C. Mainelli, of Cambridge, Massachusetts, hereby under oath declare as follows:

1. I am an associate at Kotin, Crabtree & Strong, LLP and we represent Plaintiff Asmara, Inc. ("Asmara").

2. The Complaint in this action was filed on October 4, 2004.

3. On October 6, 2004, we sent a Summons and a copy of the Complaint via certified mail, return receipt requested, to Defendant Jerry Illoulian and to Iraj Illoulian, the agent for service of process for Defendant Aga John Oriental Rugs. See copies of certified mail receipts attached hereto as Exhibit A.

4. When we did not receive the return receipts, we contacted the United States Postal Service. The Postal Service stated that although the mail had been delivered, the return receipts were lost in their internal tracking system. We have made repeated inquiries since then and the Postal Service has been unable to locate the return receipts or provide other evidence of delivery.

5. Defendants' counsel contacted me by phone on October 28, 2004 in response to the

Complaint and confirmed defendants had received the summons and complaint via certified mail.  Therefore, defendants were served no later than October 28, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

_3·14  05_
Date

Amy C. Mainelli

2