**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

ASMARA, INC.,

Plaintiff,

v.

AGA JOHN, INC. AND
JERRY ILLOULIAN,

Defendants.

Civil Action No.: 04CV12111 REK

**ANSWER OF DEFENDANTS, AGA JOHN INC. AND**

**JERRY ILLOULIAN TO COMPLAINT**

Defendants, Aga John, Inc., and Jerry Illoulian, in answer to the Complaint of Asmara, Inc., admit, deny and allege as follows:

1. In answer to paragraph 1 of the Complaint, defendants deny each and every allegation contained therein.

2. In answer to paragraph 2 of the Complaint, defendants admit that Aga John, Inc. is a California corporation with its principal place of business located at the Pacific Design Center, 8687 Melrose Avenue, West Hollywood, CA, and that it has a showroom at One Design Center Place, Boston, Massachusetts, and that it is engaged in the carpet business. Defendants deny each and every remaining allegation contained therein.

3. In answer to paragraph 3 of the Complaint, defendants admit that Jerry Illouian is the President of Aga John, Inc. Defendants deny each and every remaining allegation contained therein.

4. Paragraph 4 of the Complaint is a statement of this court's jurisdiction, which defendants are not required to answer. To the extent that the allegations in said paragraph assert that any claim exists against defendants, defendants deny each and every allegation contained therein.

5. Paragraph 5 of the Complaint is a statement of this court's venue, which defendants are not required to answer. To the extent that the allegations in said paragraph assert that any claim exists against defendants, defendants deny each and every allegation contained therein.

**COUNT I**

6. In answer to paragraph 6 of the Complaint, defendants deny each and every allegation contained therein.

7. In answer to paragraph 7 of the Complaint, defendants deny each and every allegation contained therein.

8. In answer to paragraph 8 of the Complaint, defendants deny each and every allegation contained therein.

9. In answer to paragraph 9 of the Complaint, defendants deny each and every allegation contained therein.

10. In answer to paragraph 10 of the Complaint, defendants deny each and every allegation contained therein.

11. In answer to paragraph 11 of the Complaint, defendants deny each and every allegation contained therein.

12. In answer to paragraph 12 of the Complaint, defendants deny each and every allegation contained therein.

13. In answer to paragraph 13 of the Complaint, defendants deny each and every allegation contained therein.

14. In answer to paragraph 14 of the Complaint, defendants deny each and every allegation contained therein.

**COUNT II**

15. In answer to paragraph 15 of the Complaint, defendants deny each and every allegation contained therein.

16. In answer to paragraph 16 of the Complaint, defendants deny each and every allegation contained therein.

17. In answer to paragraph 17 of the Complaint, defendants deny each and every allegation contained therein.

18. In answer to paragraph 18 of the Complaint, defendants deny each and every allegation contained therein.

19. In answer to paragraph 19 of the Complaint, defendants deny each and every allegation contained therein.

20. In answer to paragraph 20 of the Complaint, defendants deny each and every allegation contained therein.

21. In answer to paragraph 21 of the Complaint, defendants deny each and every allegation contained therein.

22. In answer to paragraph 22 of the Complaint, defendants deny each and every allegation contained therein.

23. In answer to paragraph 23 of the Complaint, defendants deny each and every allegation contained therein.

**COUNT III**

24. In answer to paragraph 24 of the Complaint, defendants deny each and every allegation contained therein.

25. In answer to paragraph 25 of the Complaint, defendants deny each and every allegation contained therein.

26. In answer to paragraph 26 of the Complaint, defendants deny each and every allegation contained therein.

27. In answer to paragraph 27 of the Complaint, defendants deny each and every allegation contained therein.

28. In answer to paragraph 28 of the Complaint, defendants deny each and every allegation contained therein.

29. In answer to paragraph 29 of the Complaint, defendants deny each and every allegation contained therein.

30. In answer to paragraph 30 of the Complaint, defendants deny each and every allegation contained therein.

31. In answer to paragraph 31 of the Complaint, defendants deny each and every allegation contained therein.

32. In answer to paragraph 32 of the Complaint, defendants deny each and every allegation contained therein.

33. In answer to paragraph 33 of the Complaint, defendants deny each and every allegation contained therein.

**COUNT IV**

34. In answer to paragraph 34 of the Complaint, defendants deny each and every allegation contained therein.

35. In answer to paragraph 35 of the Complaint, defendants deny each and every allegation contained therein.

36. In answer to paragraph 36 of the Complaint, defendants deny each and every allegation contained therein.

37. In answer to paragraph 37 of the Complaint, defendants deny each and every allegation contained therein.

38. In answer to paragraph 38 of the Complaint, defendants deny each and every allegation contained therein.

39. In answer to paragraph 39 of the Complaint, defendants deny each and every allegation contained therein.

40. In answer to paragraph 40 of the Complaint, defendants deny each and every allegation contained therein.

41. In answer to paragraph 41 of the Complaint, defendants deny each and every allegation contained therein.

42. In answer to paragraph 42 of the Complaint, defendants deny each and every allegation contained therein.

43. In answer to paragraph 43 of the Complaint, defendants deny each and every allegation contained therein.

**COUNT V**

44. In answer to paragraph 44 of the Complaint, defendants deny each and every allegation contained therein.

45. In answer to paragraph 45 of the Complaint, defendants deny each and every allegation contained therein.

46. In answer to paragraph 46 of the Complaint, defendants deny each and every allegation contained therein.

47. In answer to paragraph 47 of the Complaint, defendants deny each and every allegation contained therein.

48. In answer to paragraph 48 of the Complaint, defendants deny each and every allegation contained therein.

49. In answer to paragraph 49 of the Complaint, defendants deny each and every allegation contained therein.

50. In answer to paragraph 50 of the Complaint, defendants deny each and every allegation contained therein.

51. In answer to paragraph 51 of the Complaint, defendants deny each and every allegation contained therein.

52. In answer to paragraph 52 of the Complaint, defendants deny each and every allegation contained therein.

53. In answer to paragraph 53 of the Complaint, defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim for Relief)

As a first separate affirmative defense to each and every count of the Complaint, defendants allege that the Complaint does not state facts sufficient to constitute a claim or claims for relief against defendants.

### SECOND AFFIRMATIVE DEFENSE

(Waiver)

As a second separate affirmative defense to each and every count of the Complaint, defendants allege that by virtue of their acts, omissions and conduct, plaintiffs have voluntarily and knowingly relinquished and waived any and all rights and claims against defendants.

### THIRD AFFIRMATIVE DEFENSE

(Estoppel)

As a third separate affirmative defense to each and every count of the Complaint, defendants allege that plaintiffs are estopped to prosecute their purported claims against defendants.

**FOURTH AFFIRMATIVE DEFENSE**

(Laches)

As a fourth separate affirmative defense to each and every count of the Complaint, defendants allege that plaintiffs have unreasonably delayed in filing and serving their Complaint and defendants are informed and believe that both oral and documentary evidence necessary to protect defendants' rights have been lost as a result of plaintiffs' delay.

**FIFTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

As a fifth separate affirmative defense to each and every count of the Complaint, defendants allege that any damage or loss sustained by plaintiffs as a result of events alleged in these causes of action were proximately caused by plaintiffs' own failure to use reasonable means to mitigate any damages sustained.

**SIXTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

As a sixth separate affirmative defense to each and every count of the Complaint, defendants allege that each claim for relief, and the whole Complaint, is barred by applicable statute(s) of limitation(s).

**SEVENTH AFFIRMATIVE DEFENSE**

(Comparative Negligence)

The damages alleged in the Complaint and in each and every cause of action therein were proximately caused by the negligence of plaintiff and/or third parties in failing to exercise the proper care which a prudent person under the same or similar circumstances would have exercised and/or by the wrongful acts of plaintiff and, if these answering defendants acted in a manner negligently or wrongfully (which supposition is made only for the purpose of this defense, without admitting the same), the aforesaid negligence and/or wrongful acts of plaintiff and/or third parties contributed to the damages alleged in the Complaint and plaintiff's damages, if any, should be reduced by the percentage by which the negligence and/or wrongful actions of plaintiff contributed to the alleged loss.

**EIGHTH AFFIRMATIVE DEFENSE**

(Intervening and Superseding Causation)

The damages referred to in the Complaint and in each and every cause of action therein were proximately caused and/or contributed to by the negligence of persons and/or entities other than these answering defendants in failing to exercise the proper care which a prudent person under the same or similar circumstances would have exercised and/or by the wrongful acts of persons and/or entities other than these answering defendants. If these answering defendants acted in any manner negligently or wrongfully (which supposition is made only for the purpose of this defense, without admitting the same), the aforesaid negligence and/or wrongful acts by such persons and/or entities other than these answering defendants constituted an intervening and superseding cause of the damages alleged in the Complaint.

**NINTH AFFIRMATIVE DEFENSE**

(Action Not Based in Good Faith)

The Complaint and each and every cause of action therein is being prosecuted in bad faith.

**TENTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

As an eleventh separate affirmative defense to each and every count of the Complaint, defendants allege that by virtue of their acts, omissions and conduct, plaintiffs have come to court with unclean hands and its claims against the defendants should be barred.

WHEREFORE, defendants pray for judgment as follows:

a. That plaintiffs take nothing by means of their action and that said action be dismissed;

b. For reasonable attorney's fees incurred herein;

c. For costs of suit incurred herein;

d. For such other and further legal and equitable relief as this Court may deem just and proper.

**DEFENDANTS CLAIM TRIAL BY JURY**

DATED: April 8, 2005

AGA JOHN AND
JERRY ILLOULIAN
By their attorneys,

Andrew D. Epstein, Esquire
BBO No. 155-140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
(617) 482-4900
FAX: (671) 426-5251
Photolaw@AOL.com

I certify I have served a copy of the foregoing by-mail/hand/telecopier upon all counsel of record.

4/8/05
Date

ANDREW D. EPSTEIN, Esq.