UNITED STATES DISTRICT COURT

OF

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AGA JOHN ORIENTAL RUGS, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.: 04CV12111 REK |

## MOTION FOR LEAVE TO PRACTICE PRO HAC VICE

I, Andrew D. Epstein, a member of the Bar of this Court and a principal with the law firm of Barker, Epstein & Loscocco, counsel of record for AGA John Oriental Rugs and Jerry Illoulian hereby move pursuant to Rule 83.5.3 of the Local Rules of this Court that Richard Davidoff, of the Law Offices of Davidoff & Davidoff, be admitted to appear and practice in this Court in this case. On information and belief, Richard Davidoff is a member in good standing of the Bar of California, and the United States District Court for the District of California. There are no disciplinary proceedings pending against Mr. Davidoff in any jurisdiction, and Mr. Davidoff is familiar with the Local Rules of this Court.

The Pro Hac Vice Certification of Richard Davidoff in support of this motion is submitted herewith.

Dated:  Boston, Massachusetts
        April 29, 2005

AGA JOHN ORIENTAL RUGS,
AND JERRY ILLOULIAN

By their attorney,

Andrew D. Epstein, BBO #1550140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Tel: (617) 482-4900

I certify I have served a copy of the foregoing by mail-hand-telecopier upon all counsel of record.

4/29/05
Date        ANDREW D. EPSTEIN, Esq.