UNITED STATES DISTRICT COURT

OF

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff, )<br>) Civil Action No.: 04CV12111 REK<br>)<br>v. )<br>)<br>AGA JOHN ORIENTAL RUGS, et al. )<br>)<br>Defendants. )<br>) | |

## PRO HAC VICE CERTIFICATION OF RICHARD DAVIDOFF

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice *pro hac vice* in the above captioned matter, and states as follows: I, Richard Davidoff of the Law Offices of Davidoff & Davidoff am admitted to practice in the state of California. I am admitted to practice in the United State District Court for the District of California. I am not currently under any order of disbarment, suspension or any other disciplinary action. I will be actively associated in this litigation with the law firm of Barker, Epstein & Loscocco through attorney Andrew D. Epstein, who is a member of the United States District Court for the District of Massachusetts and the Supreme Judicial Court of Massachusetts.

I have read and familiarized myself with the Local Rules for the U.S. District Court for the District of Massachusetts.

Dated: April 25, 2005

Richard Davidoff, Esquire
Davidoff & Davidoff
433 N. Camden Drive
Suite 888
Beverly Hills, CA 90210

I certify I have served a copy of the foregoing by mail/hand-telecopier upon all counsel of record.

4/25/05
Date            ANDREW B. EPSTEIN, Esq

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 19, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RICHARD CHARLES DAVIDOFF was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1978; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

UNITED STATES DISTRICT COURT

OF

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGA JOHN ORIENTAL RUGS, et al. <br><br> Defendants. | Civil Action No.: 04CV12111 REK <br><br> **DISCLOSURE STATEMENT** <br> **LOCAL RULE 7.3 & FRCP 7.1** |

Pursuant to Local Rule 7.3 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant, Aga John Oriental Rugs, which has a correct corporate name of Aga John, Inc., hereby certifies that there is no parent corporation or any publicly held company that owns 10% or more of the party's stock.

Date: Beverly Hills, California
      April 25, 2005

Aga John, Inc.,
By its attorney,

Richard Davidoff, Esquire
Davidoff & Davidoff
433 N. Camden Drive
Suite 888
Beverly Hills, CA 90210
Tel: (310) 274-2883

I certify I have served a copy of the foregoing by mail/hand-telecopier upon all counsel of record.

1/29/05
Date   ANDREW D. EPSTEIN, Esq.