# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ASMARA, INC.,<br>    Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 04cv12111 REK |
| AGA JOHN ORIENTAL RUGS<br>    and<br>JERRY ILLOULIAN,<br>    Defendants. | ) ) ) ) ) ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties hereby move to continue the status conference in this action, previously scheduled for June 1, 2005, to June 9, 2005 at 3 p.m.

As grounds for this motion, the parties state the following:

1. The status conference in this action was scheduled to take place June 1, 2005 at 2:45 p.m.

2. Counsel for the plaintiff contacted the Judge's clerk, Karen Folan, to request that the conference be postponed because Defendants' counsel did not receive the electronic notice of the conference and is out of the state and unable to appear.

3. Ms. Folan indicated that the status conference could be continued until Thursday, June 9, 2005 at 3 p.m., contingent on the filing of an appropriate motion with the Court.

WHEREFORE the parties respectfully request that the Status Conference be rescheduled for Thursday, June 9, 2005 at 3 p.m.

ASMARA, INC.,

Plaintiff,

By its attorneys,

June 1, 2005
Date

/s/ Amy C. Mainelli
William S. Strong, Esq.,  BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

AGA JOHN ORIENTAL RUGS
and
JERRY ILLOULIAN,

Defendants,

By their attorneys:

/s/ Andrew D. Epstein
Andrew D. Epstein, BBO #155140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Tel: (617) 482-4900

Richard Davidoff, Esq.
Davidoff & Davidoff
433 N. Camden Drive
Suite 888
Beverly Hills, CA 90210

WSS/Asmara/Aga*/motion to continue