UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC.,<br>    Plaintiff,<br><br>v.<br><br>AGA JOHN ORIENTAL RUGS<br>    and<br>JERRY ILLOULIAN,<br>    Defendants. | Civil Action No. 04cv12111 REK |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit the following statement pursuant to L.R. 16.1(D).

**I.   Proposed Discovery Plan**

The parties will make their initial disclosures under FRCP 26(a)(1) within thirty (30) days following their Rule 16 conference with the Court.

The parties believe that phased discovery is probably not necessary in this matter as the factual issues in the case are not complex, and combining discovery on liability and damages will be more efficient than phased discovery. Based on the information available to them at present, the parties anticipate that each of them will take approximately five depositions, make various requests for documents, and propound approximately 25 interrogatories. The parties agree that these limits, including but not limited to the number of interrogatories, should be considered flexible so as to permit additional discovery should issues arise that make it necessary.

The parties have not yet determined if expert testimony or discovery will be necessary.

On the basis of the foregoing assumptions, the parties propose that discovery close by March 31, 2006.

## II. Proposed Schedule for Filing of Motions

The parties propose the following schedule. All dates are outside dates by which the motions described, with initial supporting briefs, shall be filed.

| | |
|---|---|
| October 31, 2005 | All motions pursuant to FRCP Rules 12, 15, 19 & 20 |
| May 31, 2006 | Dispositive motions pursuant to FRCP Rule 56 |
| April 14, 2006 | Status conference |
| July, 2006 | Final pretrial conference |

## III. Certifications

The parties' certifications under Local Rule 16.1(D)(3) will be filed with the Court within seven (7) days following their Rule 16 conference with the Court, which is scheduled for June 9, 2005.

## IV. Consideration of Trial by Magistrate Judge

The parties do not at this time consent to trial of this matter by a Magistrate Judge.

ASMARA, INC., Plaintiff,

By its attorneys,

June 8, 2005
Date

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)

AGA JOHN ORIENTAL RUGS
and
JERRY ILLOULIAN,
Defendants,

By their attorneys:

/s/ Andrew D. Epstein
Andrew D. Epstein, BBO #155140
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110
Tel: (617) 482-4900

Richard Davidoff, Esq.
Davidoff & Davidoff
433 N. Camden Drive
Suite 888
Beverly Hills, CA 90210

WSS/Asmara/Aga*/jointst*