UNITED STATES DISTRICT COURT
OF
DISTRICT OF MASSACHUSETTS

ASMARA, INC.,
      Plaintiff,

v.

AGA JOHN ORIENTAL RUGS, et al.
      Defendants.

Civil Action No.: 04CV12111 REK

### CERTIFICATION OF COUNSEL AND DEFENDANTS UNDER LOCAL RULE 16.1(D)(3)

We, Andrew D. Epstein, counsel for the Defendants, and the Defendants, Aga John, Inc., and Jerry Illoulian, certify that we have conferred with respect to Local Rule 16.1(D)(3) about the costs of litigation and the possibility of using alternative dispute resolution methods to resolve the disputes between the parties.

June 20, 2005

Andrew D. Epstein, Esquire
BBO #155-140

Aga John, Inc., Defendant

By _____

Jerry Illoulian, Defendant

I certify I have served a copy of the foregoing by mail/hand-telecopier upon all counsel of record.

6/20/05
Date       ANDREW D. EPSTEIN, Esq.