UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., <br>     Plaintiff, <br><br> v. <br><br> AGA JOHN ORIENTAL RUGS <br>     and <br> JERRY ILLOULIAN, <br>     Defendants. | Civil Action No. 04cv12111 REK |

**ORDER**

Before this Court is Plaintiff's Motion to Compel Production of Documents and to Extend the Deadline for Discovery. After considering the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS THEREFORE ORDERED that Defendants shall provide all responsive documents and otherwise respond fully and completely to Plaintiff's First Request for Production of Documents, dated July 1, 2005, and Plaintiff's Second Request for Production of Documents, dated January 27, 2006, within seven (7) days from the date of this Order.

The deadline for the close of discovery shall be extended from March 31, 2006 to July 31, 2006, and the deadline for dispositive motions pursuant to FRCP Rule 56 shall be extended to September 30, 2006.

      Defendants shall pay plaintiff's reasonable attorneys' fees and costs associated with bringing the present motion, in an amount to be determined upon further submission.

IT IS SO ORDERED.

DATE: _____                   _____
                                                                     Honorable Robert E. Keeton
                                                                     United States District Judge