## KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY
DANIEL T.S. HEFFERNAN

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

AMY H. WEINSTEIN
LAUREL H. SIEGEL
SHERRY L. RUSCHIONI
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

July 1, 2005

Andrew Epstein
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA 02110

Re:   Asmara, Inc. v. Aga John Oriental Rugs, et al
       Civil Action No.: 04cv12111 REK

Dear Drew:

Enclosed please find Plaintiff's Initial Disclosures and First Request for Production of Documents.

Very truly yours,

Amy C. Mainelli

Enclosures

cc:   Richard Davidoff, Esq.
       William S. Strong, Esq.