# Barker, Epstein & Loscocco

Attorneys at Law
10 Winthrop Square
Boston, Massachusetts 02110

(617) 482-4900
Fax: (617) 426-5251

Rodney M. Barker*
Andrew D. Epstein
John J. Loscocco**

David K. McHaffey

*Also Admitted as a Solicitor in England
**Also Admitted in Wisconsin

March 17, 2006

**Delivered**

Amy Mainelli, Esquire
Kotin, Crabtree & Strong
One Bowdoin Square
Boston, MA 02114

Re: <u>Asmara, Inc. v. Aga John et al.</u>

Dear Amy:

As we discussed yesterday, and in response to your requests for documents, I am enclosing copies of numerous documents Bate Stamped from 1143 to 1161, that I just received from California. Please let me know if you have any questions. Thanks.

Very truly yours,

Andrew D. Epstein

ADE:d