UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ASMARA, INC., )<br>)<br>Plaintiff )<br>v. )<br>)<br>AGA JOHN ORIENTAL RUGS, ET AL. )<br>)<br>Defendant. )<br>） | Civil Action No.<br><br>04-12111 REK |

DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND
TO EXTEND THE DEADLINE FOR DISCOVERY

Defendants, Aga John Oriental Rugs, and Jerry Illoulian, respond to Plaintiff's Motion to Compel Production of Documents and to Extend the Deadline for Discovery, as follows:

I.      On August 2, 2005, Defendants made their initial disclosures to Plaintiff which included forty-two (42) bate-stamped documents numbered 1001 through 1142. On March 17, 2006, Defendants supplemented their initial disclosures by delivering to Plaintiff's counsel nineteen (19) additional bate-stamped documents numbered 1143 through 1161.  Defendants' document production were further supplemented on April 7, 2006, when Defendants delivered to Plaintiff's counsel six (6) fairly large catalogs from various suppliers of rugs.

Defendants' legal counselors are informed by Defendants that these are the only relevant and material documents responsive to Plaintiff's requests that have been located to date.

Plaintiff has requested numerous documents that are clearly not relevant to this action. For example, in Plaintiff's Second Requests for Documents, Plaintiff is seeking demand letters, pleadings, including a copy of the complaint, answer, all motions with supporting memoranda, affidavits, all discovery documents including copies of all documents produced, and all judgments, orders and non-confidential settlement agreements generated in two separate actions that were brought against the Defendants in this action in two other actions, one brought in the US District Court for the Northern District of California, and the other in the US District Court for the Eastern District of Louisiana. Neither of these actions nor the documents requested are relevant or material to the present litigation.

Defendants' counsel in California, where both Defendants are located, is in the process of preparing a formal response to Plaintiff's first and second requests for documents, which should be ready for service on Plaintiff within the next few days. Once this document is served on Plaintiff, Plaintiff's Motion will be moot.

II.     Defendants join with Plaintiff to request that the discovery deadlines be extended as stated in Plaintiff's Motion.

April 11, 2006

Aga John Oriental Rugs, et al.
By their Attorney,

/s/ Andrew D. Epstein
_____
Andrew D. Epstein, Esquire
(BBO No. 155140)
Barker, Epstein & Loscocco
10 Winthrop Square
Boston, MA  02110
(617) 482-4900
FAX: (617) 426-5251
Photolaw@AOL.com

Case 1:04-cv-12111-WGY   Document 14   Filed 04/11/2006   Page 3 of 3