**Schedule A**
**PROPOSED EXHIBIT LIST**

1. Sample Asmara Soleil carpet (to be supplied by Plaintiff)
2. Sample Aga John carpet[1]
3. Depiction of Soleil design (Exhibit F to Complaint)
4. Copyright registration of Soleil design (Exhibit G to Complaint)
5. Assignment from co-author of Soleil design (P0019-20)
6. April 2003 photo of Aga John carpet plaintiff alleges is substantially similar to Soleil (Exhibit H to Complaint)
7. Compilation of inventory and sales of the carpet plaintiff alleges is substantially similar to Soleil
8. Asmara pricing and costs for Soleil

9. Sample Asmara Margate carpet (to be supplied by Plaintiff)
10. Sample Aga John carpet (See note 1)
11. Depiction of Margate Design (Exhibit A to Complaint)
12. Copyright registration of Margate Design (Exhibit B to Complaint)
13. Assignment from co-author of Margate design (P0012-13)
14. Inspiration for design (P0009)
15. April 2003 photo of Aga John carpet plaintiff alleges is substantially similar to Margate (Exhibit C to Complaint)(top photo)
16. Compilation of inventory and sales of the carpet plaintiff alleges is substantially similar to Margate
17. Asmara pricing and costs for Margate

18. Sample Asmara Carlise carpet (to be supplied by Plaintiff)
19. Sample Aga John carpet (See note 1)
20. Depiction of Carlise Design (Exhibit D to Complaint)
21. Copyright registration of Carlise Design (Exhibit E to Complaint)
22. Assignment from co-author of Carlise design (P0026-27)
23. Inspiration for design (P0023)
24. April 2003 photo of Aga John carpet plaintiff alleges is substantially similar to Carlise (Exhibit C to Complaint)(middle photo)
25. Compilation of inventory and sales of the carpet plaintiff alleges is substantially similar to Carlise
26. Asmara pricing and costs for Carlise

27. Sample Asmara Directoire carpet (to be supplied by Plaintiff)
28. Sample Aga John carpet (See note 1)
29. Depiction of Directoire Design (Exhibit I to Complaint)
30. Copyright registration of Directoire Design (P0029-30)

---

[1] Plaintiff has requested that Defendants supply a sample of each Aga John carpet that allegedly infringes Plaintiff's carpets. Defendant is considering Plaintiff's request.

1

31. Assignment from co-author of Directoire design (P0031-32)
32. Initial drawings (P0033-36)
33. April 2003 photo of Aga John carpet plaintiff alleges is substantially similar to Directoire (Exhibit C to Complaint)(bottom photo)
34. Compilation of inventory and sales of the carpet plaintiff alleges is substantially similar to Directoire
35. Asmara pricing and costs for Directoire

36. Sample Asmara Chalamont carpet (to be supplied by Plaintiff)
37. Sample Aga John carpet (See note 1)
38. Depiction of Chalamont Design (Exhibit J to Complaint)
39. Copyright registration of Chalamont Design (Exhibit K to Complaint)
40. Assignment from co-author of Chalamont design (P0040-41)
41. Inspiration for design (P0042)
42. April 2003 photo of Aga John carpet plaintiff alleges is substantially similar to Chalamont (Exhibit L to Complaint)
43. Compilation of inventory and sales of the carpet plaintiff alleges is substantially similar to Chalamont
44. Asmara pricing and costs for Chalamont

45. Correspondence between Plaintiff and Defendants (P0048-49, 84-88)

46. Correspondence between Plaintiff and Stark Carpet (P0073-0082)

47. Stark Carpet printout regarding Aga John sale of Asmara's Margate design (P0072)

48. Three Aga John catalogs, including but not limited to those catalog pages numbered 1040-1118

49. Two Hamilton Oriental Rug catalogs

50. One catalog of unknown origin

51. Purchase order detail #'s 553, 565, 597 and 601 with Yantal Native Produce & Animal By-Products.

52. Carpet tags with "bar code"; item numbers 22287-91, 22295, 22409-34, 23179-97.

53. Invoices, packing lists and bills of lading bates stamped 1143-61.

54. Invoices bates stamped 1008-1039.

55. Asmara's counsel's Memorandum of telephone call from Aga John's counsel (P0083).

56. Fax from Stark to Aga John (1004-1006).

57. Correspondence from Asmara's counsel to Aga John's counsel (1119).

58. Asmara 2000 complaint (P1130-37)

59. Printout of present Aga John website

60. Printout of present Asmara website

The parties stipulate that photocopies of all of the above documents (but not of objects, such as carpets) may be entered as Exhibits at trial.