UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC., )<br>)<br>    Plaintiff, )<br>   v. )<br>)<br>AGA JOHN ORIENTAL )<br>RUGS and JERRY ILLOULIAN, )<br>)<br>    Defendants. ) | CIVIL ACTION<br>NO. 04-12111-WGY |

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE YOUNG

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On <u>October 10, 2006</u>, I held the following ADR proceeding:

      _____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

      \_\_X\_\_\_ MEDIATION        _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL        _____ SETTLEMENT CONFERENCE

All parties were represented by counsel.

The parties were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled. Your clerk should enter a 30-day order of dismissal.

[   ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____

_____

                                                   / s / Judith Gail Dein
                                                  Judith Gail Dein, U.S. Magistrate Judge
DATED: October 11, 2006                                ADR Provider