UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASMARA, INC.,<br>　　Plaintiff,<br><br>v.<br><br>AGA JOHN ORIENTAL RUGS<br>　　and<br>JERRY ILLOULIAN,<br>　　Defendants. | Civil Action No. 04cv12111 WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate and move that this action be dismissed with prejudice, each party to bear its own costs, provided however that the Court shall retain jurisdiction of this matter and the parties thereto for the purpose of enforcing the Settlement Agreement between them dated as of November 2, 2006.

| | |
|---|---|
| ASMARA, INC.,<br><br>Plaintiff, | AGA JOHN ORIENTAL RUGS and<br>JERRY ILLOULIAN,<br><br>Defendants, |
| By its attorneys, | By their attorneys, |
| /s/ Amy C. Mainelli<br>William S. Strong, Esq., BBO #483520<br>Amy C. Mainelli, Esq., BBO #657201<br>KOTIN, CRABTREE & STRONG, LLP<br>One Bowdoin Square<br>Boston, MA 02114<br>(617) 227-7031<br>(617) 367-2988 (fax) | /s/ Andrew D. Epstein<br>Andrew D. Epstein, BBO #155140<br>Barker, Epstein & Loscocco<br>10 Winthrop Square<br>Boston, MA 02110<br>Tel: (617) 482-4900 |

                                                            2

                                          Richard Davidoff, Esq.
Davidoff & Davidoff
433 N. Camden Drive
Suite 888
Beverly Hills, CA 90210

**SO ORDERED:**

_____                _____

Date                                            The Honorable William G. Young
United States District Judge